```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION

                        CIVIL MINUTES--GENERAL
```

Case No.   CV 08-0920 DSF (AJW)                    Date: June 9, 2008

Title: Joe Luis Cerda v. Hedgpetch
====================================================================
PRESENT:  HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE

              Ysela Benavides                 _____
              Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:      ATTORNEYS PRESENT FOR RESPONDENT(S):
        None Present                           None Present

**ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

On May 27, 2008, petitioner filed a motion seeking appointment of counsel. Generally, habeas petitioners have no constitutional right to appointment of counsel. See McCleskey v. Zant, 499 U.S. 467, 495 (1991); Pennsylvania v. Finley, 481 U.S. 551, 555 (1987); Duckett v. Godinez, 67 F.3d 734, 750 n.8 (9th Cir. 1995), cert. denied, 517 U.S. 1158 (1996). Further, the Court has reviewed the pleadings and record in this case and has determined that, at least at this stage of the proceedings, the interests of justice do not warrant appointment of counsel. See 18 U.S.C. § 3006A, and Rules 6 and 8 of the Rules Governing Section 2254 Cases and the Rules Governing Section 2255 Proceedings; 28 U.S.C. § 2254(h); 28 U.S.C. § 2255.  Accordingly, petitioner's request is **denied**.

**IT IS SO ORDERED.**

cc:  parties

MINUTES FORM 11                                  Initials of Deputy Clerk_____
CIVIL-GEN