# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge __WISTRICH__

From: __V. BENAVIDES__, Deputy Clerk       Date Received: __10/9/08__

Case No.: __CV 08-920-DSF(AJW)__   Case Title: __Cada vs. Falk__

Document Entitled: __Motion for Extension of Time__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☑ Other: __Moot. Traverse Filed 10/15/08__

*FILED — CLERK, U.S. — OCT 16 2008 — CENTRAL DISTRICT OF CALIFORNIA*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__10·16·2008__                 __[signed]__
Date                          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

1. JOSEPH LUIS CERDA

2. IN THE UNITED STATES DISTRICT COURT

3. FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

5. JOSEPH LUIS CERDA
   PETITIONER;

6. V.

7. BEVERLY K. FALK     CASE NO: CV-08-0920 DSF (AJW)
   RESPONDENT;

8. MOTION FOR EXTENTION OF TIME DECLARATION IN

9. In Pro Se     SUPPORT THEREOF

11. Following An Order And Findings And Recommendation

12. By The Attorney General For Return Of Habeas Corpus

13. By this United States District Court, Central District

14. OF California.

16. Petitioner Respectfully moves this court to grant an (60) days

17. extension of time necessary to comply with the courts recommendations.

18. To wit, to answer the return for habeas corpus

20. DECLARATION

21. I Joseph Luis Cerda, Am the petitioner of record, In pro se, In The above

22. entitled matter.

23. I hereby so declare that the requested 60 day extension of time is

24. of the ultmost necessity in order for me to receive my paper work that has

25. been taken away from me.

26. I am in Ad-seg right now, pending an investigation. I dont know whats going

27. on but, I was taken here along with my cellie.

28. This extension is necessary to answer the Attorney General's order.