UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE LUIS CERDA, | ) |
| | ) |
| Petitioner, | ) No. CV 08-0920 DSF (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| HEDGPETCH, KERN STATE PRISON, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and respondent's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 10/5/10

_____
Dale S. Fischer
United States District Judge