UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOE LUIS CERDA,** | ) |
| | ) No. CV 08-920-DSF(AJW) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| **HEDGPETCH, KERN STATE PRISON,** | ) |
| | ) |
| Respondents. | ) |
| | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is granted. Respondent is directed to release petitioner from all custody and consequences of his 2005 conviction and sentence within twenty-eight (28) days from the date of entry of judgment unless the State of California reinstates the offer of a four-year prison term in exchange for petitioner's guilty plea and admission of the prior "strike."

Dated: 10/5/10

_____
Dale S. Fischer
United States District Judge